## Richmond.

NORFOLK AND WESTERN RAILWAY COMPANY v. SCHEIN.

January 17, 1907.

This case is controlled by *Norfolk & Western Railway Co.* v. *Lynchburg Cotton Mills Co.,* ante, page 376.

Error to a judgment of the Circuit Court of Campbell county in a condemnation proceeding.    Judgment for the defendant. Petitioner assigns error.

*Affirmed.*

*Wm. Hodges Mann* and *F. S. Kirkpatrick,* for the plaintiff in error.

*Don P. Halsey,* for the defendant in error.

WHITTLE, J., delivered the opinion of the Court.

This case is, in essentials, identical with that of *Norfolk & Western Railway Company* v. *Lynchburg Cotton Mill Company,* and for the reasons stated in the opinion in that case the judgment of the Circuit Court must be affirmed.

*Affirmed.*